LEONORE SALMON, Respondent, v. JACQUES SALMON, Appellant.

(Argued March 2, 1933; decided April 11, 1933.)

*David Klein, Solomon Jacobson* and *Henry Fluegelman* for appellant.

*Lawrence Wiseman* and *Arthur A. Beaudry* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.